# Alabama National Bank v. American National Bank.

APPEAL from Jefferson Circuit Court.
Tried before the Hon. A. A. COLEMAN.

JOHN W. TOMLINSON, for appellant.

JAMES E. WEBB and W. H. GRAVES, for appellee.

Appeal dismissed.

---

# National Mutual Building & Loan Association v. Culberson.

APPEAL from the City Court of Anniston.
Heard before the Hon. JAMES W. LAPSLEY.

BLACKWELL & KEITH, for appellant.

JOHN B. KNOX and PELHAM & ACKER, for appellee.

The bill in this case was filed by the appellees against the appellant, to establish a resulting trust in land.

On the final submission of the cause on the pleadings and proof, the chancellor granted the relief prayed for. From this decree the defendant appeals, and assigns the rendition thereof as error.

The decree is affirmed.

Opinion by HARALSON, J.